IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>SUPER MARKET MERCHANDISING AND SUPPLY, INC. and KEVIN KNASEL, individually,<br><br>    Defendants.<br>_____ / | No. C 13-04515 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

    Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge William H. Orrick to determine whether it is related to *Clamp-Swing Pricing Company v. Super Market Merchandising and Supply, Inc.*, Case No. 12-2445 WHO.

    **IT IS SO ORDERED.**

Dated: October 1, 2013

                                                    JEFFREY S. WHITE<br>                                                    UNITED STATES DISTRICT JUDGE

Case3:13-cv-04515-JSW Document11 Filed10/01/13 Page2 of 2