United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPER MARKET MERCHANDISING AND SUPPLY, INC., et al.,<br><br>    Defendants. | Case No.   13-cv-04515-WHO<br><br>**ORDER DIRECTING PARTIES TO PROVIDE ADDITIONAL BRIEFING REGARDING QUALITY OF PRODUCTS AT ISSUE** |

The Court held a hearing on plaintiff Clamp-Swing Pricing Company's motion for a preliminary injunction on October 23, 2013. During the hearing, counsel for Clamp-Swing explained that Clamp-Swing only received a sample of defendant Super Market Merchandising and Supply, Inc.'s ("SMM") allegedly infringing product after Clamp-Swing had already filed its opening brief in support of its motion for a preliminary injunction. As a consequence, the purported inferiority of SMM's allegedly infringing product was first raised in Clamp-Swing's reply brief, preventing SMM from responding to that contention in advance of the hearing.

Further briefing on the relative quality of the allegedly infringing and infringed products would be helpful to the Court as this issue is germane to its analysis of the alleged irreparable harm. Accordingly, no later than November 6, 2013, SMM shall file a brief and material declarations responding only to the assertions in Clamp-Swing's reply brief regarding the "qualitative difference" between the parties' products. Dkt. No. 31, § IV.A. Clamp-Swing may file a reply brief and declarations no later than November 13, 2013. Each side's brief shall be no more than five pages, not including declarations and exhibits.

The parties shall attend a Case Management Conference on November 19, 2013 at 2 p.m. They shall meet and confer and file a Joint Case Management Conference Statement on or before November 14, 2013, in which they propose (jointly if possible, separately if not) a case management schedule based on the Court's tentative suggestion of initial disclosures under Federal Rule of Civil Procedure 26 by November 22, 2013, a trial date of March 24, 2014 and a pretrial

conference on March 3, 2014. A scheduling order will be issued after the Case Management Conference. Regardless of the ruling on the motion for preliminary injunction, the Court intends to expedite trial of this matter on the time frame suggested by defendant at the hearing today (five months).

**IT IS SO ORDERED**.

Dated: October 23, 2013



WILLIAM H. ORRICK
United States District Judge