UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAMP-SWING PRICING COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPER MARKET MERCHANDISING AND SUPPLY, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-04515-WHO<br><br>**ORDER SETTING AMOUNT OF BOND TO BE POSTED BY PLAINTIFF PER PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 49, 51, 52 |

## INTRODUCTION

On November 21, 2013, the Court granted plaintiff Clamp-Swing Pricing Company's motion for a preliminary injunction against defendant Super Market Merchandising and Supply, Inc. ("SMM"). Dkt. No. 49. The Court ordered the parties to submit evidence concerning the proper amount of bond to be posted by Clamp-Swing to secure payment of any damages sustained by SMM if SMM is later found to have been wrongfully enjoined.

## DISCUSSION

SMM requested a bond in the amount of $100,000. Dkt. No. 51. Clamp-Swing responded that the Court should require no bond as SMM has not established that it will be harmed economically by the injunction. Dkt. No. 52. Clamp-Swing argued in the alternative that a bond of $12,400 reflects a proper estimate of SMM's potential lost profits.

Having reviewed the parties' submissions, the Court finds that SMM has not adequately supported its claimed potential losses and grossly overestimated loss of goodwill. On the other hand, Clamp-Swing has underestimated SMM's potential losses. The Court finds that a bond in the amount of $20,000 is appropriate to cover any damages potentially suffered by SMM.

**CONCLUSION**

Clamp-Swing is ORDERED to post bond in the amount of $20,000 by December 10, 2013.

**IT IS SO ORDERED**.

Dated: December 3, 2013

WILLIAM H. ORRICK
United States District Judge